IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PROSPERO ALBERTO MIRABA PONCE,

Petitioner,

3:26cv1442
ELECTRONICALLY FILED

v.

WARDEN OF MOSHANNON VALLEY
PROCESSING CENTER, et al.

Respondent(s).

ORDER OF COURT

On August,11 2026, the court issued a text order (ECF No. [3]), directing Petitioner to show good cause, on or before August 18, 2026, why this case should not be dismissed for failure to comply with the case management order (ECF No. [2]). Petitioner was ordered to serve the Petition on Respondents in compliance with the case management order.

The petitioner having failed to show good cause for the failure to comply with the court's orders, this case is hereby dismissed without prejudice. The clerk shall docket this case closed.

SO ORDERED this 19th day of August, 2026.

BY THE COURT:

s/ Arthur J. Schwab
United States District Judge

cc: ECF Counsel of Record